# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **In re:** | |
| **LORI DEROBBIO,** | **Chapter 13** |
| **Debtor.** | **No. 10-11548** |

| | |
|---|---|
| **LORI DEROBBIO,** | |
|     Plaintiff, | |
| v. | **Adv. Pro No. 10-01042** |
| **CENTRAL PACIFIC MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; BAC HOME LOANS SERVICING; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,** | |
|     Defendants. | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT AND FOR RELIEF OF STAY

The above-entitled matter came to be heard before the Honorable Arthur N. Votolato on September 22, 2010, and after full consideration and hearing thereon, it is hereby ordered that the Court shall abstain from adjudicating Debtor's Adversary Complaint pursuant to 28 U.S.C.A. § 1334(c) and Debtor's Adversary Complaint is hereby dismissed. Defendants' request for Relief from Stay to proceed with the state court action is granted and they may proceed with their defense of the state court matter forthwith.

\_\_cal  
Deputy Clerk

                                        Honorable Arthur N. Votolato  
                                        United States Bankruptcy Judge  
                                        Date: 10/6/2010

Entered on Docket: 10/6/2010